NOT FINAL UNTIL TIME EXPIRES TO FILE REHEARING
MOTION AND, IF FILED, DETERMINED


IN THE DISTRICT COURT OF APPEAL

OF FLORIDA

SECOND DISTRICT


JO-QUAN MATHIS,                          )
                                         )
            Appellant,                   )
                                         )
v.                                       )      Case No. 2D18-1387
                                         )
STATE OF FLORIDA,                        )
                                         )
            Appellee.                    )
_____ )

Opinion filed January 4, 2019.

Appeal pursuant to Fla. R. App. P.
9.141(b)(2) from the Circuit Court for
Pinellas County; Philip J. Federico,
Judge.

Jo-Quan Mathis, pro se.


PER CURIAM.


            Affirmed.


NORTHCUTT, BLACK, and BADALAMENTI, JJ., Concur.